AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MATTHEW CHOY,

    Petitioner,

v.

WARDEN, FCI JESUP,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-135

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 4, 2025 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 5, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020